IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| LeROY SMITH, #107551, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:03-cv-974-MEF |
| | )             WO |
| GWENDOLYN MOSLEY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #40) to the Recommendation of the Magistrate Judge (Doc. #39) filed on February 28, 2006 is overruled;

2. The Recommendation of the Magistrate Judge entered on February 15, 2006 is adopted;

3. The defendant's Motion for Summary Judgment is GRANTED.

4. This case is DISMISSED with prejudice.

5. The costs of this proceeding are taxed against the plaintiff.

DONE this the 7th day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE