IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| LeROY SMITH, #107551, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:03-cv-974-MEF |
| | )           WO |
| GWENDOLYN MOSLEY, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff, that this action is dismissed with prejudice, and costs are taxed against the plaintiff.

DONE this the 7th of March, 2006.

                                          /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE